BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Impact Energy Partners LLC** |
| United States Bankruptcy Court for the | **Northern District of California** |
| Case number (If known) | |

Check if this is:
☐ An amended filing

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Impact Energy Partners LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    85-1081130

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **432 Lovell Avenue** | **N/A** |
| Number  Street | Number  Street |
| **Mill Valley CA 94941** | |
| City, State, ZIP Code | City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Marin** | N/A |
| County | |

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other: Specify **N/A**

Debtor   Impact Energy Partners LLC                                                            Case number:

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes   District **N/A**   When _____ Case number _____
                                                                        MM/DD/YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes   Debtor **N/A** _____ Relationship _____
          District _____ When _____ Case number _____
                                                                       MM/DD/YYYY

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention.

## Part 2: Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☐ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☒ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☒ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

## Part 3: Request for Relief, Declaration, and Signatures

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David Schactschneider                                               09/13/2022
Member, authorized representative of Impact Energy Partners LLC          MM/DD/YYYY

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | | |
|---|---|---|
| **18. Signature of Attorney** | /s/ John A. Vos<br>Attorney for Debtor(s) | 09/13/2022<br>MM/DD/YYYY |

**John A. Vos**
Printed name

**Vos Law Office**
Firm name

**1430 Lincoln Avenue**
Number   Street

**San Rafael CA 94901**
City, State, ZIP Code

**(415) 485-5332**
Contact phone                                   Email address

_____
Bar number

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Fill in this information to identify the case:

Debtor  **Impact Energy Partners LLC**

United States Bankruptcy Court for the **Northern District of California**

Case number  
(If known)

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 1 | Stefan Grafstein<br>220 Calle Manuel Domenech #750<br>San Juan, PR 00918 | Stefan Grafstein<br>220 Calle Manuel Domenech #750<br>San Juan, PR 00918 | Personal Loan | Contingent<br>Unliquidated | | | $4,000,000.00 |
| 2 | Greg Theisen<br>3990 27th SE<br>Buffalo, MN 55313 | Greg Theisen<br>3990 27th SE<br>Buffalo, MN 55313 | Personal Loan | Contingent<br>Unliquidated | | | $2,900,000.00 |
| 3 | Vito Francis Apa<br>2075 Arthur Island<br>Port Severn, Ontario L0K 150<br>CANADA | Vito Francis Apa<br>2075 Arthur Island<br>Port Severn, Ontario L0K 150<br>CANADA | | Contingent<br>Unliquidated | | | $2,700,000.00 |
| 4 | Julie Chuang<br>8080 Summitpoint Place<br>Lewis Center, OH 43035 | Julie Chuang<br>8080 Summitpoint Place<br>Lewis Center, OH 43035 | Personal Loan | Contingent<br>Unliquidated | | | $2,600,000.00 |
| 5 | Matthew Johnthan Clonts<br>5000 Eaton Street<br>Los Angeles, CA 90042 | Matthew Johnthan Clonts<br>5000 Eaton Street<br>Los Angeles, CA 90042 | Other | Contingent<br>Unliquidated | | | $2,500,000.00 |
| 6 | Private Mortgage Fund LLC<br>23586 Calabasas Rd, Ste 100<br>Calabasas, CA 91302 | Private Mortgage Fund LLC<br>23586 Calabasas Rd, Ste 100<br>Calabasas, CA 91302 | Mortgage | | $13,000,000.00 | $11,000,000.00 | $2,000,000.00 |
| 7 | Joffrey Hoffmann<br>3 Rue Des Iris<br>67750<br>Scherwiller<br>FRANCE | Joffrey Hoffmann<br>3 Rue Des Iris<br>67750<br>Scherwiller<br>FRANCE | Personal Loan | Contingent<br>Unliquidated | | | $87,000.00 |
| 8 | Rachel Schreiber<br>31 Rue Sainte Odile<br>67750<br>Scherwiller<br>FRANCE | Rachel Schreiber<br>31 Rue Sainte Odile<br>67750<br>Scherwiller<br>FRANCE | Other | Contingent | | | $73,670.00 |
| 9 | Maxime Chamley<br>6 Rue E'Eperney<br>67300<br>Schiltheim<br>FRANCE | Maxime Chamley<br>6 Rue E'Eperney<br>67300<br>Schiltheim<br>FRANCE | Other | Contingent<br>Unliquidated | | | $44,000.00 |

Case: 22-30476   Doc# 1   Filed: 09/13/22   Entered: 09/13/22 19:17:01   Page 5 of 11

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   Page 1

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| **10**<br>Avenir Consult, SARL<br>31 Rue Sinte Idile<br>67750<br>Scherwiller<br>FRANCE | Avenir Consult, SARL<br>31 Rue Sinte Idile<br>67750<br>Scherwiller<br>FRANCE | | Contingent<br>Unliquidated | | | $37,900.00 |

There are fewer than 20 unsecured creditors in this case.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 22-30476    Doc# 1    Filed: 09/13/22    Entered: 09/13/22 19:17:01    Page 6 of 11

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        Page 2

# United States Bankruptcy Court
## Northern District of California
## San Francisco Division

In re: **Impact Energy Partners LLC**　　　　　　　　Case No.

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 3 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms to with the Clerk's promulgated requirements.

/s/ John A. Vos　　　　　　　　　　　　　　　　　　09/13/2022
John A. Vos (), Attorney for the Debtor(s)　　　　　Date
1430 Lincoln Avenue
San Rafael, CA  94901
Tel.: (415) 485-5332
Fax:
e-mail:

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Avenir Consult, SARL
31 Rue Sinte Idile
67750
Scherwiller
FRANCE


BluEleven Mortgage
10 Plaza Square Ste 200
Orange, CA   92866


California TD Specialists
Attn: Teri Snyder
8190 East Kaiser Blvd.
Anaheim, CA   92808


Equifax Consumer Credit
P.O. Box 740241 Atlanta, GA 30374-0241
Atlanta, GA   30374-0241


Experian
P.O. Box 4500
Allen, TX   75013


Franchise Tax Board
P.O Box 942867
Sacramento, CA   94267-0011


Greg Theisen
3990 27th SE
Buffalo, MN   55313


Joffrey Hoffmann
3 Rue Des Iris
67750
Scherwiller
FRANCE

John Vos
1430 Lincoln
San Rafael, CA  94901


Julie Chuang
8080 Summitpoint Place
Lewis Center, OH  43035


Mark Nelson and Dana Johnson
c/o Counsel Lester Hardy
1500 Railroad Avenue
Rodeo, CA  94572


Matthew Johnthan Clonts
5000 Eaton Street
Los Angeles, CA  90042


Maxime  Chamley
6 Rue E'Eperney
67300
Schiltheim
FRANCE


Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA  23502


Private Mortgage Fund LLC
23586 Calabasas Rd, Ste 100
Calabasas, CA  91302


Rachel Schreiber
31 Rue Sainte Odile
67750
Scherwiller
FRANCE

Stefan Grafstein
220 Calle Manuel Domenech #750
San Juan, PR  00918


TransUnion Consumer Solutions1
P.O. Box 2000
Chester, PA  19016-2000


United States Department of Justice, Western Division
950 Pennsylvania Avenue NW
Washington, DC  20530-0001


Vito Francis Apa
2075 Arthur Island
Port Severn, Ontario L0K 1S0
CANADA

# United States Bankruptcy Court
## Northern District of California

In re: **Impact Energy Partners LLC**  Case No.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the Debtor declares as follows:

☐ The debtor is a corporation that is a governmental unit and is therefore not required to provide a statement of ownership.

☒ No corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the debtor's equity interests:

☐ The following is a list of every corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

I, the Member of the above named Debtor, declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

/s/ David Schactschneider     09/13/2022
Member                         Date

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.