JENNIFER R. TULLIUS (BAR NO. 222763)
**TULLIUS LAW GROUP,**
**a Professional Corporation**
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213-787-5958
Facsimile: 213-674-4364
jtullius@tulliuslaw.com

Attorneys for Secured Lender:
PMF CA REIT, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IMPACT ENERGY PARTNERS LLC,<br><br>   Debtor and Debtor-in-Possession. | Case No. 22-30476<br><br>Chapter 11<br><br>**REQUEST TO BE ADDED TO COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

The undersigned hereby requests courtesy electronic notification of documents filed in the above-referenced case. I understand that courtesy electronic notification will be delivered by the Court's Electronic Filing (e-Filing) system as a Notice of Electronic Filing (NEF), and that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs.

I further understand that this request ***DOES NOT*** impose any obligation on the Court, the debtors, or any other party in the case/proceeding to deliver by mail, telephone, facsimile, or other means of electronic transmission, courtesy copies of any orders, pleadings, or other documents entered on the docket in this case.

Dated: September 14, 2022          **TULLIUS LAW GROUP**
                                            **a Professional Corporation**

                                       By: /s/ Jennifer R. Tullius
                                                JENNIFER R. TULLIUS
                                                Attorneys for Secured Lender:
                                                PMF CA REIT, L.L.C.