NICHOLAS STROZZA (CA SBN 117234)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, California 94102
Telephone: (775) 784-5335
Telecopier: (775) 784-5531
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 22-30476 HLB |
| IMPACT ENERGY PARTNERS LLC. | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>Office of the United States Trustee
>Attn: Elvina Rofael
>450 Golden Gate Avenue, 5th Floor, Suite #05-0153
>San Francisco, CA 94102
>Email: Elvina.Rofael@usdoj.gov

Dated: September 15, 2022            TRACY HOPE DAVIS
                                     UNITED STATES TRUSTEE


                                     /s/ *Elvina Rofael*
                                     Elvina Rofael
                                     Trial Attorney for United States Trustee

Notice of Appearance

Case: 22-30476    Doc# 8    Filed: 09/15/22    Entered: 09/15/22 14:37:38    Page 1 of 1