| Fill in this information to identify the case: | |
|---|---|
| Debtor  **Impact Energy Partners LLC** | |
| United States Bankruptcy Court for the **Northern District of California** | |
| Case number  **22-30476** <br>(If known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets -- Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................  $40,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................................................  $742.12

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................................  $40,000,742.12

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.............................................  $21,693,468.76

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................................................  $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........................................................  $11,425,195.95

4. **Total liabilities** ..................................................................................................................  $33,118,664.71

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Fill in this information to identify the case: | |
|---|---|
| Debtor **Impact Energy Partners LLC** | |
| United States Bankruptcy Court for the **Northern District of California** | ☐ Check if this is an amended filing |
| Case number **22-30476** (If known) | |

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Creditor's name** BluEleven Mortgage - X-Collateralized on Napa and Mill Valley | Describe debtor's property that is subject to a lien "The Ranch"  275 Long Ranch Road. St. Helena, CA  94575 | $950,000.00 | $25,000,000.00 |
| **Creditor's mailing address** 10 Plaza Square Ste 200 Orange, CA  92866 | **Describe the lien** Mortgage | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date debt was incurred:** UNKNOWN **Last 4 digits of account number**: | **Is anyone else liable on this claim?** ☒ No ☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H). | | |
| **If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority. 1: Private Mortgage Fund LLC - X-Collateralized on Mill Valley and 2: Mark Nelson and Dana Johnson 3: BluEleven Mortgage - X-Collateralized on Napa and Mill Valley 4: Napa County Secured Property Taxes 5: Stefan Grafstein | **As of the petition date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the additional pages, if any. | $21,693,468.76 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| 2.2 | Creditor's name<br>Mark Nelson and Dana Johnson<br><br>**Creditor's mailing address**<br><br>c/o Counsel Lester Hardy<br>1500 Railroad Avenue<br>Rodeo, CA  94572<br><br>**Creditor's email address, if known**<br><br><br>**Date debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.<br><br>1: Private Mortgage Fund LLC - X-Collateralized on Mill Valley and<br>2: Mark Nelson and Dana Johnson<br>3: BluEleven Mortgage - X-Collateralized on Napa and Mill Valley<br>4: Napa County Secured Property Taxes<br>5: Stefan Grafstein | **Describe debtor's property that is subject to a lien**<br><br>"The Ranch"  275 Long Ranch Road. St. Helena, CA  94575<br><br>**Describe the lien**<br><br>Mortgage<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. *Fill out Schedule H: Codebtors (Official Form 206H).*<br><br>**As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,200,000.00 | $25,000,000.00 |
|---|---|---|---|---|
| 2.3 | Creditor's name<br>Napa County Secured Property Taxes<br><br>**Creditor's mailing address**<br><br>1195 Third Street, Ste 108<br>Napa, CA  94559<br><br>**Creditor's email address, if known**<br><br><br>**Date debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.<br><br>1: Private Mortgage Fund LLC - X-Collateralized on Mill Valley and<br>2: Mark Nelson and Dana Johnson<br>3: BluEleven Mortgage - X-Collateralized on Napa and Mill Valley<br>4: Napa County Secured Property Taxes<br>5: Stefan Grafstein | **Describe debtor's property that is subject to a lien**<br><br>"The Ranch"  275 Long Ranch Road. St. Helena, CA  94575<br><br>**Describe the lien**<br><br>Taxes<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. *Fill out Schedule H: Codebtors (Official Form 206H).*<br><br>**As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101,268.76 | $25,000,000.00 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| 2.4 | **Creditor's name**<br>Private Mortgage Fund LLC<br><br>**Creditor's mailing address**<br>23586 Calabasas Rd, Ste 100<br>Calabasas, CA  91302<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>SFD at 432 Lovell,  Mill Vallley, CA  94941<br><br>**Describe the lien**<br>Mortgage<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,442,200.00 | $15,000,000.00 |
|---|---|---|---|---|
| 2.5 | **Creditor's name**<br>Private Mortgage Fund LLC - X-Collateralized on Mill Valley and<br><br>**Creditor's mailing address**<br>23586 Calabasas Rd, Ste 100<br>Calabasas, CA  91302<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.<br><br>1: Private Mortgage Fund LLC - X-Collateralized on Mill Valley and<br>2: Mark Nelson and Dana Johnson<br>3: BluEleven Mortgage - X-Collateralized on Napa and Mill Valley<br>4: Napa County Secured Property Taxes<br>5: Stefan Grafstein | **Describe debtor's property that is subject to a lien**<br>"The Ranch"  275 Long Ranch Road. St. Helena, CA  94575<br><br>**Describe the lien**<br>Mortgage<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $25,000,000.00 |

| | | | |
|---|---|---|---|
| **2.6** | **Creditor's name**<br>Stefan Grafstein | **Describe debtor's property that is subject to a lien**<br>"The Ranch"  275 Long Ranch Road. St. Helena, CA  94575 | $4,000,000.00    $25,000,000.00 |
| | **Creditor's mailing address**<br>220 Calle Manuel Domenech #750<br>San Juan, PR  00918 | **Describe the lien**<br>Mortgage - X-Collateralized on Napa and Mill Valley | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| | **Date debt was incurred:** UNKNOWN<br>**Last 4 digits of account number**:<br>-ing | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H). | |
| | **If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.<br>1: Private Mortgage Fund LLC - X-Collateralized on Mill Valley and<br>2: Mark Nelson and Dana Johnson<br>3: BluEleven Mortgage - X-Collateralized on Napa and Mill Valley<br>4: Napa County Secured Property Taxes<br>5: Stefan Grafstein | **As of the petition date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| California TD Specialists<br>Attn: Teri Snyder<br>8190 East Kaiser Blvd.<br>Anaheim, CA  92808 | Line 2.5 | UNKNOWN |

| Fill in this information to identify the case: | |
|---|---|
| Debtor     **Impact Energy Partners LLC** | |
| United States Bankruptcy Court for the **Northern District of California** | |
| Case number     **22-30476** <br> (If known) | ☐ Check if this is an amended filing |

# Official Form 206EF
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 206EF     Schedule E/F: Creditors Who Have Unsecured Claims     Page 1

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br><br>aaron Swanson<br>150 Redwood Road<br>Mill Valley, CA  94941<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br><br>ANCRFNG, Inc<br>P.O. Box 1679<br>Santa Rosa, CA  95402<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,900.00 |
| **3.3** **Nonpriority creditor's name and mailing address**<br><br>Avenir Consult, SARL<br>31 Rue Sinte Idile<br>67750<br>Scherwiller<br>FRANCE<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,900.00 |
| **3.4** **Nonpriority creditor's name and mailing address**<br><br>Bell Products (Start Ranch HVAC)<br>722 Soscol Avenue<br>Napa, CA  94559<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,899.93 |

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>Bob and Duff's Pest Control<br>1370 Trancas Street<br>Napa, CA  94558<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Supplier/Vendor<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,935.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>Brillance Empowerment LLC<br>P.O.Box 2638<br>Mill Valley, CA  94942<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,500.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>Chroma Colors, Inc<br>59 Larkspur Street Ste 1<br>San Rafael, CA  94901<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Supplier/Vendor<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,454.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>David Ley<br>65 Summit Ave, Apt 1<br>Mill Valley, CA  94941<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104,429.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>DLA Piper (US)<br>2000 University Avenue<br>Palo Alto, CA  94303-2248<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,840.00 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  |  | Amount of claim |
|---|---|---|
| **3.10 Nonpriority creditor's name and mailing address**<br><br>DOMO, Inc.<br>772 E. Utah Valle Dr<br>American Fork, UT  84003-9773<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,012.05 |
| **3.11 Nonpriority creditor's name and mailing address**<br><br>GemShelf, Inc.<br>6 Landmark Sq<br>Stamford, CT  06901<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| **3.12 Nonpriority creditor's name and mailing address**<br><br>Grape Valley Landscape<br>1850 Madrona Street<br>Napa, CA  94559<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Supplier/Vendor<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,524.00 |
| **3.13 Nonpriority creditor's name and mailing address**<br><br>Greg Theisen<br>3990 27th SE<br>Buffalo, MN  55313<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:** | **As of the petition date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Personal Loan<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,900,000.00 |
| **3.14 Nonpriority creditor's name and mailing address**<br><br>HubSpot Inc<br>25 First Street<br>Cambridge, MA  02141<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number:** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,500.00 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  | Amount of claim |
|---|---|

**3.15 Nonpriority creditor's name and mailing address**

Joffrey Hoffmann
3 Rue Des Iris
67750
Scherwiller
FRANCE

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Personal Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,000.00

**3.16 Nonpriority creditor's name and mailing address**

Julie Chuang
8080 Summitpoint Place
Lewis Center, OH  43035

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Personal Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,600,000.00

**3.17 Nonpriority creditor's name and mailing address**

Matthew Johnthan Clonts
5000 Eaton Street
Los Angeles, CA  90042

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500,000.00

**3.18 Nonpriority creditor's name and mailing address**

Maxime  Chamley
6 Rue E'Eperney
67300
Schiltheim
FRANCE

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,000.00

|  |  | Amount of claim |
|---|---|---|
| **3.19 Nonpriority creditor's name and mailing address**<br><br>McCollun General Engineering<br>P.O. Box 2223<br>Yountville, CA  94599<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $985.00 |
| **3.20 Nonpriority creditor's name and mailing address**<br><br>Meredith Baer Homes<br>4100 Ardmore Ave<br>South Gate, CA  90280<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,369.00 |
| **3.21 Nonpriority creditor's name and mailing address**<br><br>Michael Christophel<br>Garden Art Specialists<br>P.O. Box 6654<br>Napa, CA  94581<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Supplier/Vendor<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,599.50 |
| **3.22 Nonpriority creditor's name and mailing address**<br><br>Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA  94558<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Supplier/Vendor<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,971.86 |
| **3.23 Nonpriority creditor's name and mailing address**<br><br>Nestler Construction, Inc<br>P.O. Box 151<br>Lagunitas, CA  94938<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,428.63 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  | | Amount of claim |
|---|---|---|

**3.24 Nonpriority creditor's name and mailing address**

Paradise Pool
454 Enterprise Court
Napa, CA  94558

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,328.50

---

**3.25 Nonpriority creditor's name and mailing address**

PG&E
Box 997300
Sacramento, CA  95899-7300

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -anch

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,131.08

---

**3.26 Nonpriority creditor's name and mailing address**

PG&E
Box 997300
Sacramento, CA  95899-7300

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -vell

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,394.78

---

**3.27 Nonpriority creditor's name and mailing address**

ProceWaterhouseCoopers LLP
P.O. Box 514038
Los Angeles, CA  90051

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,700.00

---

**3.28 Nonpriority creditor's name and mailing address**

Rachel Schreiber
31 Rue Sainte Odile
67750
Scherwiller
FRANCE

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,670.00

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  |  | Amount of claim |
|---|---|---|
| **3.29 Nonpriority creditor's name and mailing address**<br><br>SuperString Theory<br>174 Stonybrooke Road<br>Fairfield, CT  06824<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90,000.00 |
| **3.30 Nonpriority creditor's name and mailing address**<br><br>Ursa Minor Arts, Inc<br>548 Martket Street<br>PMB 78461<br>San Francisco, CA  94104<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,557.00 |
| **3.31 Nonpriority creditor's name and mailing address**<br><br>USI<br>201 Mission Street 11th Floor<br>San Francisco, CA  94105<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Earned Premium on Insurances<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,428.62 |
| **3.32 Nonpriority creditor's name and mailing address**<br><br>Valley Internet<br>4160 Suisun Valley Road E-712<br>Fairfield, CA  94534<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Utility<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,238.00 |
| **3.33 Nonpriority creditor's name and mailing address**<br><br>Vito Francis Apa<br>2075 Arthur Island<br>Port Severn, Ontario L0K 150<br>CANADA<br><br>**Date or dates debt was incurred:** UNKNOWN<br><br>**Last 4 digits of account number**: | **As of the petition date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,700,000.00 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page

| Name and address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---:|
| 5a. | Total claims from Part 1 | $0.00 |
| 5b. | Total claims from Part 2 | $11,425,195.95 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c | $11,425,195.95 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Fill in this information to identify the case: | |
|---|---|
| Debtor **Impact Energy Partners LLC** | |
| United States Bankruptcy Court for the **Northern District of California** | |
| Case number **22-30476** (If known) | ☐ Check if this is an amended filing |

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Fill in this information to identify the case:

Debtor       **Impact Energy Partners LLC**

United States Bankruptcy Court for the **Northern District of California**

Case number    **22-30476**
(If known)

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David Schactschneider                                     10/03/2022
Signature of individual signing on behalf of debtor            MM / DD / YYYY

David Schactschneider
Printed name

Member
Position or relationship to debtor