| Fill in this information to identify the case: | |
|---|---|
| Debtor **Impact Energy Partners LLC** | |
| United States Bankruptcy Court for the **Northern District of California** | ☐ Check if this is an amended filing |
| Case number **22-30476** (If known) | |

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☒ None

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers.including expense reimbursements.to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.00. (This amount may be adjusted on 04/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ ~~None~~  `Deed of Trust to Stefan Grafstein Sept 2022 (avoidable)`

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.00. (This amount may be adjusted on 04/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ ~~None~~  `See attached`

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

### Part 3: Legal Actions or Assignments

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| Case Title & number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 ., | | | |
| 7.2 ., | | | |
| 7.3 Stefan Grafstein, A-22-857055-C | Unpaid loan of Cryptocurrency | District Court, Clark County Nevada 200 Lewis Avenue Las Vegas, NV  89101 | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☒ ~~None~~    Vos Law Office, retainer of $20k paid Sept 2022

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None

13. **Transfers not already listed on this statement**
    List any transfers of money or other property.by sale, trade, or any other means.made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None

| Who received transfer? / Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| 13.1 Stefan Grafstein 220 Calle Manuel Domenach #750 San Juan, PR 00918 | Marin and Napa properties, Deed of Trust | 09/2022 | $2,000,000.00 |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ ~~None~~   340 S Lemon Ave, Ste 1964, Walnut CA  91789

## Part 8: Healthcare Bankruptcies

**15. Healthcare bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained:

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit and for which the debtor serves(d) as plan administrator?**

☒ No. Go to part 10
☐ Yes. Fill in this information

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 US Bank- Mill Valley P.O. Box 790408 Saint Louis, MO 63179-0408 | 9881 | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☒ Other <u>Checking</u> | 2022 | ($86.03) |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** .. | | | ☐ No  ☒ Yes |
| **19.2** . | | | ☐ No  ☒ Yes |
| **19.3** . Granteed secuirty interest in asset? Paid somebody?  all are transfers. | | | ☐ No  ☒ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
● Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
● Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
● Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| PriceWaterhouseCooper<br>405 JHoward Streeet #600<br>San Francisco, CA  94105 | 04/11/2022 to 2022 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address |
|---|
| PriceWaterhouseCooper<br>405 JHoward Streeet #600<br>San Francisco, CA  94105 |

| If any books of account and records are unavailable, explain why |
|---|
| PWC started working on the books for IEP but did not release any completed work due to overdue invoices |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

☐ None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

☐ None

| Name and address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| **28.1**<br>David Gaian<br>432 Lovell<br>Mill Valley, CA  94941 | Founder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☒ ~~No~~   See attached
    ☐ Yes. Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒ No
    ☐ Yes. Identify below

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☒ No
    ☐ Yes. Identify below.

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David Schactschneider                                              10/03/2022
Member, authorized representative of Impact Energy Partners LLC        MM/DD/YYYY

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ ~~No~~
☒ Yes

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Date | Bank | Account | Amount | Reason |
|---|---|---:|---:|---|
| 1/12/22 | US Bank | 4681 | $200.00 | Petty Cash - Misc Reimbursement |
| 1/12/22 | US Bank | 4681 | $1,000.00 | Expense Reimbursement |
| 1/13/22 | US Bank | 4681 | $3,000.00 | Expense Reimbursement |
| 1/14/22 | US Bank | 4681 | $3,000.00 | Expense Reimbursement |
| 1/14/22 | US Bank | 4681 | $5,000.00 | Owner/Member Draw |
| 1/18/22 | US Bank | 4681 | $1,000.00 | Expense Reimbursement |
| 1/28/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 1/28/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 1/28/22 | US Bank | 4681 | $20,000.00 | Owner/Member Draw |
| 1/31/22 | US Bank | 4681 | $20,000.00 | Owner/Member Draw |
| 2/4/22 | US Bank | 4681 | $4,000.00 | Owner/Member Draw |
| 2/4/22 | US Bank | 4681 | $10,000.00 | Owner/Member Draw |
| 2/7/22 | US Bank | 4681 | $1,000.00 | Expense Reimbursement |
| 2/7/22 | US Bank | 4681 | $1,500.00 | Expense Reimbursement |
| 2/7/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 2/23/22 | US Bank | 4681 | $500.00 | Petty Cash - Misc Reimbursement |
| 2/28/22 | US Bank | 4681 | $10,000.00 | Owner/Member Draw |
| 2/28/22 | US Bank | 4681 | $20,000.00 | Owner/Member Draw |
| 2/28/22 | US Bank | 4681 | $20,000.00 | Owner/Member Draw |
| 3/1/22 | US Bank | 4681 | $20,000.00 | Owner/Member Draw |
| 3/2/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 3/2/22 | US Bank | 4681 | $8,000.00 | Owner/Member Draw |
| 3/4/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 3/4/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 3/4/22 | US Bank | 4681 | $5,000.00 | Owner/Member Draw |
| 3/7/22 | US Bank | 4681 | $1,500.00 | Expense Reimbursement |
| 3/8/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 3/9/22 | US Bank | 4681 | $2,000.00 | Expense Reimbursement |
| 3/9/22 | US Bank | 4681 | $4,000.00 | Owner/Member Draw |
| 3/9/22 | US Bank | 4681 | $11,000.00 | Owner/Member Draw |
| 3/10/22 | US Bank | 4681 | $1,000.00 | Expense Reimbursement |

| Date | Bank | Account | Amount | Reason |
|---:|---|---:|---:|---|
| 3/10/22 | US Bank | 4681 | $1,500.00 | Expense Reimbursement |
| 3/11/22 | US Bank | 4681 | $3,000.00 | Expense Reimbursement |
| 3/11/22 | US Bank | 4681 | $3,000.00 | Expense Reimbursement |
| 3/11/22 | US Bank | 4681 | $3,000.00 | Expense Reimbursement |
| 3/17/22 | US Bank | 4681 | $500.00 | Petty Cash - Misc Reimbursement |
| 3/21/22 | US Bank | 4681 | $150.00 | Petty Cash - Misc Reimbursement |
| 3/23/22 | US Bank | 4681 | $150.00 | Petty Cash - Misc Reimbursement |
| 3/23/22 | US Bank | 4681 | $200.00 | Petty Cash - Misc Reimbursement |
| 3/25/22 | US Bank | 4681 | $150.00 | Petty Cash - Misc Reimbursement |
| 5/19/22 | US Bank | 3438 | $155.00 | Petty Cash - Misc Reimbursement |
| 5/19/22 | US Bank | 3438 | $500.00 | Petty Cash - Misc Reimbursement |
| 5/20/22 | US Bank | 3438 | $500.00 | Petty Cash - Misc Reimbursement |
| 5/23/22 | US Bank | 3438 | $190.00 | Petty Cash - Misc Reimbursement |
| 5/26/22 | US Bank | 3438 | $1,000.00 | Expense Reimbursement |
| 5/27/22 | US Bank | 3438 | $1,000.00 | Expense Reimbursement |
| 5/31/22 | US Bank | 3438 | $1,000.00 | Expense Reimbursement |
| 5/31/22 | US Bank | 3438 | $3,100.00 | Expense Reimbursement |
| 07/05/22 | US Bank | 4010 | $3,000.00 | Expense Reimbursement |

Hi John,

I only have the last 3 months of bank statements for Bank of America, which is not too far from when the account was open.

These are the only transactions that are transfers benefitting David personally.

08/26/22   Owner Draw   20,000.00
08/31/22   Pass-Through for a third party   70,000.00
08/31/22   Owner Draw   10,000.00

Thank you for all your work on this,

Dasha