```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtor
IMPACT ENERGY PARTNERS LLC
```

United States Bankruptcy Court

Northern District of California

| | | | |
|---|---|---|---|
| IMPACT ENERGY PARTNERS LLC , | ) | Case No 22-30476  HAB. 11 | |
| | ) | | |
| Debtor | ) | | |
| _____ _____ | ) | | |

**LIST OF AMENDED CREDITORS**

| 1. Name and address | 2. Nature of claim | 3. Disputed/Liquidated/Contingent | 4. Amount |
|---|---|---|---|
| ANCRFNG, Inc<br>P.O. Box 1679<br>Santa Rosa, CA 95402 | Professional Services | | $10,900. |
| Bell Products<br>(Star Ranch HVAC)<br>722 Soscol Ave<br>Napa, CA 94559 | Professional Services | | $37,900. |
| Bob and Duff's<br>Pest Control<br>1370 Trancas St<br>Napa, CA 94558 | Professional Services | | $ 1,935. |
| Brilliance Empowerment LLC | Prof'l Services | | $17,500. |
| P.O. Box 2638<br>Mill Valley, CA 94942 | | | |
| Chroma Colors, Inc<br>59 Larkspur St Ste 1<br>San Rafael, CA 94901 | Professional Services | | $ 8,454. |
| David Ley<br>65 Summit Ave Apt 1<br>Mill Valley, CA 94941 | Professional Services | | $104,429. |

| # | Creditor | Type | Amount |
|---|---|---|---|
| 1 | D.A. Piper LP (US)<br>2000 University Ave<br>East Palo Alto, CA 94303-2248 | Professional Services | $ 7,840. |
| 2 | DEMO, Inc.<br>772 E. Utah Valley Dr.<br>American Fork, UN 84003-9773 | Professional Services | $28,012.05 |
| 3 | GemShelf, Inc<br>6 Landmark Sq<br>Stamford, CT 06901 | Professional Services | $ 4,500. |
| 4 | Grape Valley Landscape Prof'l Services<br>1850 Madrona Street<br>Napa, CA 94559 | | $11,524. |
| 5 | HubSpot, Inc.<br>25 First Street<br>Cambridge, MA 02141 | Professional Services | $ 5,500. |
| 6 | McCollum General Engineering<br>P.O. Box 2223<br>Yountville, CA 94559 | Professional Services | $   985. |
| 7 | Meredith Baer Homes<br>4100 Ardmore Ave<br>Southgate, CA 90290 | Professional Services | $10,369. |
| 8 | Michael Christophel Garden Art Specialists<br>P.O. Box 6654<br>Napa, CA 94581 | Professional Services | $ 4,599.50 |
| 9 | Napa County Secured Property Taxes<br>1195 Third Street, Suite 108<br>Napa, CA 94559 | Property Taxes | $101,268.76 |
| 10 | Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA 94558 | Professional Services | $ 1,971.86 |
| 11 | Paradise Pool<br>454 Enterprise Dr.<br>Napa, CA 94558 | Professional Services | $ 4,328.50 |
| 12 | Nestler Construction<br>P.O. Box 151<br>Lagunitas, CA 94938 | Professional Services | $ 2,428.63 |
| 13 | PG&E (for "ranch)<br>P.O. Box 997300<br>Sacramento, CA 95899 | Utilities | $ 2,131.08 |

| | | |
|---|---|---|
| PG&E (for Mill Valley) Utilities<br>P.O. Box 997300<br>Sacramento, CA 95899 | | $10,394.78 |
| PriceWaterhouseCooper Professional Services<br>P.O. Box 514038<br>Los Angeles, CA 90051 | | $14,700. |
| SuperString Theory<br>174 Stonybrook Rd.<br>Fairfield, CT 06824 | Professional Services | $90,000. |
| Ursa Minor Arts Inc<br>548 Market St<br>PMB 78461<br>San Francisco, CA 94104 | Professional Services | $88,557. |
| USI<br>201 Mission St. 11th Floor<br>San Francisco, CA 94105 | Earned Premium for Insurances | $47,428.62 |
| Valley Internet<br>4160 Suisun Valley Rd E-712<br>Fairfield, CA 94534 | Professional Services | $ 2,238. |
| Aaron Swanson<br>150 Redwood Ave<br>Mill Valley, CA 94941 | Professional Services | $ 2,500. |

## VERIFICATION

I, David Schachtschneider, state and declare under penalty of perjury of the laws of the United States of America that I have read the foregoing List of Amended Creditors and know its contents, and I declare the same to be true and correct. Executed this 3rd day of October at Mill Valley, California.

__/s/_____
Signed above by:
David Schachtschneider, Declarant

Law Firm of John A. Vos

__/s/_____
By: John A. Vos