**Fill in this information to identify the case:**

Debtor     __Impact Energy Partners LLC__

United States Bankruptcy Court for the __Northern District of California__

Case number    __22-30476__
(If known)

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| **1** Stefan Grafstein 220 Calle Manuel Domenech #750 San Juan, PR 00918 | Stefan Grafstein 220 Calle Manuel Domenech #750 San Juan, PR 00918 | Personal Loan | Contingent Unliquidated Disputed | | | $4,000,000.00 |
| **2** Greg Theisen 3990 27th SE Buffalo, MN 55313 | Greg Theisen 3990 27th SE Buffalo, MN 55313 | Personal Loan | Contingent Unliquidated | | | $2,900,000.00 |
| **3** Vito Francis Apa 2075 Arthur Island Port Severn, Ontario L0K 150 CANADA | Vito Francis Apa 2075 Arthur Island Port Severn, Ontario L0K 150 CANADA | | Contingent Unliquidated | | | $2,700,000.00 |
| **4** Julie Chuang 8080 Summitpoint Place Lewis Center, OH 43035 | Julie Chuang 8080 Summitpoint Place Lewis Center, OH 43035 | Personal Loan | Contingent Unliquidated | | | $2,600,000.00 |
| **5** Matthew Johnthan Clonts 5000 Eaton Street Los Angeles, CA 90042 | Matthew Johnthan Clonts 5000 Eaton Street Los Angeles, CA 90042 | Other | Contingent Unliquidated | | | $2,500,000.00 |
| **6** Private Mortgage Fund LLC 23586 Calabasas Rd, Ste 100 Calabasas, CA 91302 | Private Mortgage Fund LLC 23586 Calabasas Rd, Ste 100 Calabasas, CA 91302 | Mortgage | | $13,000,000.00 | $11,000,000.00 | $2,000,000.00 |
| **7** David Ley 65 Summit Ave, Apt 1 Mill Valley, CA 94941 | David Ley 65 Summit Ave, Apt 1 Mill Valley, CA 94941 | Other | | | | $104,429.00 |
| **8** SuperString Theory 174 Stonybrooke Road Fairfield, CT 06824 | SuperString Theory 174 Stonybrooke Road Fairfield, CT 06824 | Other | | | | $90,000.00 |
| **9** Ursa Minor Arts, Inc 548 Martket Street PMB 78461 San Francisco, CA 94104 | Ursa Minor Arts, Inc 548 Martket Street PMB 78461 San Francisco, CA 94104 | Other | | | | $88,557.00 |
| **10** Joffrey Hoffmann 3 Rue Des Iris 67750 Scherwiller FRANCE | Joffrey Hoffmann 3 Rue Des Iris 67750 Scherwiller FRANCE | Personal Loan | Contingent Unliquidated | | | $87,000.00 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 22-30476    Doc# 19    Filed: 10/03/22    Entered: 10/03/22 20:16:41    Page 1 of 2

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    Page 1

| Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| **11**<br>Rachel Schreiber<br>31 Rue Sainte Odile<br>67750<br>Scherwiller<br>FRANCE | Rachel Schreiber<br>31 Rue Sainte Odile<br>67750<br>Scherwiller<br>FRANCE | Other | Contingent | | | $73,670.00 |
| **12**<br>USI<br>201 Mission Street 11th Floor<br>San Francisco, CA  94105 | USI<br>201 Mission Street 11th Floor<br>San Francisco, CA  94105 | Earned Premium on Insurances | | | | $47,428.62 |
| **13**<br>Maxime  Chamley<br>6 Rue E'Eperney<br>67300<br>Schiltheim<br>FRANCE | Maxime  Chamley<br>6 Rue E'Eperney<br>67300<br>Schiltheim<br>FRANCE | Other | Contingent<br>Unliquidated | | | $44,000.00 |
| **14**<br>Avenir Consult, SARL<br>31 Rue Sinte Idile<br>67750<br>Scherwiller<br>FRANCE | Avenir Consult, SARL<br>31 Rue Sinte Idile<br>67750<br>Scherwiller<br>FRANCE | | Contingent<br>Unliquidated | | | $37,900.00 |
| **15**<br>DOMO, Inc.<br>772 E. Utah Valle Dr<br>American Fork, UT  84003-9773 | DOMO, Inc.<br>772 E. Utah Valle Dr<br>American Fork, UT  84003-9773 | Other | | | | $28,012.05 |
| **16**<br>Brillance Empowerment LLC<br>P.O.Box 2638<br>Mill Valley, CA  94942 | Brillance Empowerment LLC<br>P.O.Box 2638<br>Mill Valley, CA  94942 | Other | | | | $17,500.00 |
| **17**<br>ProceWaterhouseCoopers LLP<br>P.O. Box 514038<br>Los Angeles, CA  90051 | ProceWaterhouseCoopers LLP<br>P.O. Box 514038<br>Los Angeles, CA  90051 | Other | | | | $14,700.00 |
| **18**<br>Grape Valley Landscape<br>1850 Madrona Street<br>Napa, CA  94559 | Grape Valley Landscape<br>1850 Madrona Street<br>Napa, CA  94559 | Supplier/Vendor | | | | $11,524.00 |
| **19**<br>ANCRFNG, Inc<br>P.O. Box 1679<br>Santa Rosa, CA  95402 | ANCRFNG, Inc<br>P.O. Box 1679<br>Santa Rosa, CA  95402 | Other | | | | $10,900.00 |
| **20**<br>PG&E<br>Box 997300<br>Sacramento, CA  95899-7300 | PG&E<br>Box 997300<br>Sacramento, CA  95899-7300 | Utility | | | | $10,394.78 |

Dated: 3 October 2022        Signed by:  __/s/_____

David Schnactschneider

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.