

Signed and Filed: October 7, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30476 HLB |
| IMPACT ENERGY PARTNERS LLC, | ) Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING DEBTOR'S EX PARTE MOTION TO SET ASIDE DISMISSAL**

    This case comes before the court on Debtor Impact Energy Partners LLC's Ex Parte Motion to Set Aside Dismissal.[1] The Ex Parte Motion asks the court to "set aside" its order of October 5, 2022.[2]

    The court entered the Dismissal Order after Debtor failed to file all of the documents required by the court's order of September 14, 2022[3] and by Rule 1007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 521 (the "Required Documents"). Immediately after entry of the Dismissal Order, Debtor filed an objection[4] to dismissal, asserting (incorrectly)

---

[1] Dkt. 25 (the "Ex Parte Motion").

[2] Dkt. 21 (the "Dismissal Order").

[3] Dkt. 4.

[4] Dkt. 22.

that the court had entered the Dismissal Order by mistake. On October 7, 2022, however, Debtor filed the Ex Parte Motion, in support of which Debtor's counsel acknowledges that the court did not err in entering the Dismissal Order and admits that he neglected to file certain Required Documents, despite having been given an extended deadline to do so.[5]

The court has analyzed the Ex Parte Motion and has confirmed that the Debtor has filed all Required Documents. Accordingly, the court **ORDERS** as follows:

    **1.** The Ex Parte Motion is hereby **GRANTED**;

    **2.** The Dismissal Order is hereby **VACATED**;

    **3.** The status conference is hereby restored to the court's **November 17, 2022, 10:00 a.m.** calendar. The court expects timely compliance with its order of September 14, 2022.[6]

**\*\*END OF ORDER\*\***

---

[5] Dkt. 15.

[6] Dkt. 6.

**Court Service List**

[None]