JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtor
IMPACT ENERGY PARTNERS LLC

United States Bankruptcy Court

Northern District of California

IMPACT ENERGY PARTNERS LLC ,　　　　　　　)　　　　Case No 22-30476 HLB 11
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Debtor　　　　　　　　　　　　　　　)
_____ _____)

**APPLICATION FOR DEFAULT AND ENTRY OF ORDER RE**
**MOTION FOR AUTHORITY TO EMPLOY BANKRUPTCY COUNSEL**
**FOR DEBTOR-IN-POSSESSION**

TO THE HONORABLE COURT:

Debtor in Possession Impact Energy Partners LLC respectfully represents:

1/ An application to employ counsel was filed and served 26 September 2019 (application docket #14, service docket #35)

2/ No objection has been raised, nor request for hearing has been received. The Debtor and its counsel met with the Office of the United States Trustee for its Initial Debtor Interview, and for the first regularly-scheduled Meeting of Creditors. There is set a second Meeting of Creditors, at which the Debtor intends to appear.

3/ It is therefore appropriate that the Court grant Debtor-in-Possession's application to employ counsel.

Dated: October 19, 2022

　　　　　　　　　　　　　　　　　　　　　Law Firm of John A. Vos

　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　By: John A. Vos