```
JOHN A. V.S., Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtor
IMPACT ENERGY PARTNERS LLC
```

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| IMPACT ENERGY PARTNERS LLC , | ) Case No 22-30476 HLB 11 |
| | ) Hrg: date: Oct 25, 2022 |
| Debtor | ) Hrg time: 11:00 am |
| _____  _____ | ) Hrg site: via Zoom |

**SUPPLEMENTAL DECLARATION OF JOHN A. VOS IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION TO CONVERT OF DISMISS**

I, JOHN A. VOS, state and declare under penalty of perjury that if called as a witness I am competent to and would testify in support of the Debtor's Opposition to the Motion to Convert or Dismiss as follows:

1. Shortly after filing my declaration (docket #43) I received the attached eMail from Attorney Tullius while I was out of the office, copy attached. She takes issues with my declaration and asks that I file a "clarification" with the Court. This is intended to be such.

2. As of last week I was under the belief that the lender would not issue insurance until appraisals had been completed and certain payments made to the insurer. Debtor so testified at his s.341 meeting.

3. This all changed Friday of last week. As of last Friday I was informed and believe that insurance was offered without any pre-conditions.

4. The invoices attached to the eMail from Attorney Tullius is **_consistent_** with and **_corroborates_** what I was told: the insurance is effective as of October 23, 2022, the policy period is 06/09/22 to 06/09/2023, while the invoice date is 10/24/2022, one day **_after_** the effective date.

5. The documents speak themselves. I do not believe any intentional misrepresentation was made. Certainly none was intended.

Executed under penalty of perjury of the Laws of the United States this 24th day of October 2022 at San Rafael, California.

_/s/_____
By: John A. Vos

EXHIBIT A

From: jtullius@tulliuslaw.com,
To: voslaw@aol.com,
Cc: Elvina.Rofael@usdoj.gov,
Subject: RE: [EXTERNAL] FW: FW: Schachtschneider Invoices Urgent
Date: Mon, Oct 24, 2022 12:04 pm
Attachments:

Mr. Vos,

The Declaration that you just filed is a complete misrepresentation of my email to you and I demand that you immediately file a clarification with the Court. At no point did I advise you that insurance is in place. I advised you that insurance would be in place **as soon as the Debtor pays for it** and I have seen no evidence of payment.

Again, please immediately clarify your court filings. Otherwise, I will be forced to inform the court that your misrepresentations must be intentional and request consideration of sanctions against both you and the Debtor.

Jennifer

**Jennifer R. Tullius**

**TULLIUS LAW GROUP**

515 S. Flower St., 18th Floor

Los Angeles, CA 90071

Main: 213-291-9481

Direct: 213-787-5958

Fax: 213-674-4364

jtullius@tulliuslaw.com

---

**From:** Jennifer Tullius
**Sent:** Monday, October 24, 2022 10:55 AM
**To:** Vos Law Office <voslaw@aol.com>
**Cc:** Rofael, Elvina (USTP) <Elvina.Rofael@usdoj.gov>
**Subject:** FW: [EXTERNAL] FW: FW: Schachtschneider Invoices Urgent
**Importance:** High

Mr. Vos,

The insurance agent sent the attached invoices to Mr. Schachtschneider for payment and Mr. Ley has confirmed receipt. As Mr. Schachtschneider agreed to pay these as soon as they were received, we trust that Mr. Schachtschneider will be wiring the funds necessary to reinstate the policies this morning. Please provide evidence of payment and confirmation from the insurer that the insurance has been bound ASAP.

Please also confirm in what capacity Mr. Schachtschneider is making these payments and where the funds are coming from.

Thank you.

Jennifer

**Jennifer R. Tullius**

**TULLIUS LAW GROUP**

515 S. Flower St., 18th Floor

Los Angeles, CA 90071

Main: 213-291-9481

Direct: 213-787-5958

Fax: 213-674-4364

jtullius@tulliuslaw.com

---

**From:** Ed Fischer <efischer@pmfundllc.com>
**Sent:** Monday, October 24, 2022 10:37 AM
**To:** Jennifer Tullius <jtullius@tulliuslaw.com>
**Subject:** FW: [EXTERNAL] FW: FW: Schachtschneider Invoices Urgent

Ed Fischer

Private Mortgage Fund, LLC

23586 Calabasas Rd. # 100

Calabasas, CA 91302

(818) 702-2554 (Direct)

(818) 222-1893 (fax)

(818) 674-1551 (mobile)

CFL License # 603 H236

PRIVILEGED AND CONFIDENTIAL: All information transmitted hereby is intended

only for the use of the addressee(s) named above.   If the reader of this

message is not the intended recipient or the employee or agent responsible

for delivering the message to the intended recipient(s), please note that

any distribution or copying of this communication is strictly prohibited.

Anyone who receives this communication in error should notify us immediately

by reply email and delete the original message.

---

**From:** Carri Mangelli <carri.mangelli@usi.com>
**Sent:** Monday, October 24, 2022 10:34 AM
**To:** Ed Fischer <efischer@pmfundllc.com>
**Subject:** [EXTERNAL] FW: FW: Schachtschneider Invoices Urgent

FYI

CARRI MANGELLI

Vice President, Private Risk Manager

Family Office

USI Insurance Services

201 Mission St, 11th Floor, San Francisco, CA 94105

CA License No. 0G11911

Direct: 628-201-9069 | Cell:  415-793-0936 | Fax: 610-537-4281

carri.mangelli@usi.com | www.usi.com





THE USI ONE ADVANTAGE®

   Our Approach to Delivering Client Solutions ► Watch Video

Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.

Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all **copies of the original message. Thank You.**

This e-mail and any files transmitted with it may contain confidential and/or privileged material. This e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or have received this e-mail in error, please notify the sender by replying to the sender. After notifying the sender of the error, you should immediately delete this e-mail from your system. Please be aware that any unauthorized disclosure, dissemination, distribution, duplication or use of the e-mail contents or any attachments therein is strictly prohibited.

**From:** Joe Ley <joe@impactenergy.global>
**Sent:** Monday, October 24, 2022 10:32 AM
**To:** Kimberly Scherer <kimberly.scherer@usi.com>
**Cc:** David Gaian <david@impactenergy.global>; Carri Mangelli <carri.mangelli@usi.com>
**Subject:** Re: FW: Schachtschneider Invoices Urgent

Hi Kim,

Great! Thanks for the wiring info and the note.

Thanks,

Joe

On Mon, Oct 24, 2022 at 10:31 AM Kimberly Scherer <kimberly.scherer@usi.com> wrote:
> Hello Joe,
>
> I also just added the wire details in case the bank needs it.
>
> Best,
>
> KIMBERLY SCHERER
>
> Account Representative, Private Risk Management
>
> USI Insurance Services
>
> (FKA Wells Fargo Insurance Services)
>
> 201 Mission St, 11th Floor, San Francisco, CA 94105
>
> CA License No. 0C68575
>
> Direct: 628-201-9068
>
> Fax: 610-537-4281
>
> Kimberly.scherer@usi.com | www.usi.com
>
> 
>
> THE USI ONE ADVANTAGE®

Our Approach to Delivering Client Solutions ► Watch Video

*Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.*

*Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.*

**From:** Kimberly Scherer
**Sent:** Monday, October 24, 2022 10:26 AM
**To:** David Gaian <david@impactenergy.global>
**Cc:** Kimberly Scherer <kimberly.scherer@usi.com>; Carri Mangelli <carri.mangelli@usi.com>; joseph@impactenergy.global
**Subject:** FW: Schachtschneider Invoices Urgent
**Importance:** High

Hello David,

Hope you are doing well. Please see the attached invoices for Long Ranch Rd and Lovell Rd. Once the policies are paid in full to the carrier, coverage will be reinstated.

**The amount due for Lovell Avenue is $55,593.78**

**The amount due for Long Ranch Rd is $163,090.45**

**To Pay by check: Please use the attached FedEx Label**

Please make check payable to: USI Insurance Services, LLC

**You can also pay electronically:**

**Electronic Payment form:** I just need you to fill in your banking information and sign the attached form. You can email or fax me at 610-537-4281.

**Pay USI online at:** usi.epaypolicy.com  Your Client Code is SCHACDAV, use zip code 94941

**ACH from your bank account is free,**  credit cards charge a 3.25% fee

Just let me know if you have any questions.

Thank you for choosing USI Insurance Services, we appreciate your business,

KIMBERLY SCHERER

Account Representative, Private Risk Management

USI Insurance Services

(FKA Wells Fargo Insurance Services)

201 Mission St, 11th Floor, San Francisco, CA 94105

CA License No. 0C68575

Direct: 628-201-9068

Fax: 610-537-4281

Kimberly.scherer@usi.com | www.usi.com



THE USI ONE ADVANTAGE®

   Our Approach to Delivering Client Solutions ► Watch Video

*Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.*

*Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.*

This e-mail and any files transmitted with it may contain confidential and/or privileged material. This e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or have received this e-mail in error, please notify the sender by replying to the sender. After notifying the sender of the error, you should immediately delete this e-mail from your system. Please be aware that any unauthorized disclosure, dissemination, distribution, duplication or use of the e-mail contents or any attachments therein is strictly prohibited.

This e-mail and any files transmitted with it may contain confidential and/or privileged material. This e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or have received this e-mail in error, please notify the sender by replying to the sender. After notifying the sender of the error, you should immediately delete this e-mail from your system. Please be aware that any unauthorized disclosure, dissemination, distribution, duplication or use of the e-mail contents or any attachments therein is strictly prohibited.