**Entered on Docket
October 25, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 25, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30476 HLB |
| IMPACT ENERGY PARTNERS LLC, | ) Chapter 11 |
| Debtor. | ) |

### ORDER GRANTING UNITED STATES TRUSTEE'S
### MOTION TO DISMISS OR CONVERT

This case came before the court on October 25, 2022 for an expedited hearing on the United States Trustee's Motion to Dismiss or Convert.[1] Debtor Impact Energy Partners opposed the Motion,[2] and also filed an untimely supplemental opposition[3] and a supplemental declaration[4] in opposition to the Motion. Secured Creditor PMF CA REIT LLC filed an untimely Joinder to the Motion.[5] Appearances were as noted on the record.

At the October 25 hearing, Debtor's counsel conceded the propriety of the relief sought in the Motion, admitting that

---

[1] Dkt. 32 (the "Motion").

[2] Dkt. 44, supported by Debtor's counsel's declaration (Dkt. 43).

[3] Dkt. 45.

[4] Dkt. 46.

[5] Dkt. 47.

Debtor's principal, Mr. David Schachtschneider (perhaps aka Mr. David Gaian), has proven himself incapable of managing the Debtor in a manner consistent with its fiduciary obligations, and admitting that Debtor has not been following counsel's advice. The court recited into the record the significant concerns that arose from its careful review of the Debtor's schedules, Statement of Financial Affairs, and other documents in the record.

For the reasons stated on the record, and principally Debtor's admission that no insurance is currently in place with respect to the Debtor's real property – which it values at approximately $45.0 million – the court **ORDERS** as follows:

**1.** The Motion is hereby **GRANTED; and**

**2.** This case is hereby **CONVERTED** to one under Chapter 7, **EFFECTIVE IMMEDIATELY.**

**END OF ORDER**

## Court Service List

[None]