# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/25/2022 |
| Case: 22–30476 | Form ID: 309D | Total: 70 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr      PMF CA REIT, L.L.C.
cr      Napa County Treasurer – Tax Collector

                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Impact Energy Partners LLC | 432 Loell Avenue | Mill Valley, CA 94941 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 | San Francisco, CA 94102 |
| tr | Timothy W. Hoffman | P.O. Box 1761 | Sebastopol, CA 95473 | |
| aty | Elvina Rofael | DOJ–Ust 450 Golden Gate Avenue | Ste 05–0153 | San Francisco, CA 94102 |
| aty | Jacquelyn H. Choi | Rimon, PC 2029 Century Park East, Suite 400N | Los Angeles, CA 90067 | |
| aty | Jennifer Rae Tullius | Tullius Law Group 515 S. Flower St., 18th Floor | Los Angeles, CA 90071 | |
| aty | John A. Vos | Vos Law Office 1430 Lincoln Avenue | San Rafael, CA 94901 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15441323 | ANCRFNG, Inc. | P.O. Box 1679 | Santa Rosa, CA 95402 | |
| 15436348 | Avenir Consult, SARL | 31 Rue Sinte Idile | 67750 Scherwiller | FRANCE |
| 15436344 | Avenir Consult, SARL | 31 Rue Sinte ldiie | 67750 Scherwlller | FRANCE |
| 15443002 | BELL PRODUCTS, INC. | PO BOX 396 | NAPA, CA 94559–0396 | |
| 15441324 | Bell Products (Start Ranch HVAC) | 722 Soscol Avenue | Napa, CA 94559 | |
| 15436349 | BluEleven Mortgage | 10 Plaza Square Ste 200 | Orange, CA 92866 | |
| 15441325 | Bob and Duff's Pest Control | 1370 Trancas Street | Napa, CA 94558 | |
| 15441326 | Brilliance Empowerment LLC | P.O. Box 2638 | Mill Valley, CA 94942 | |
| 15436350 | California TD Specialists | Attn: Teri Snyder | 8l90 East Kaiser Blvd. | Anaheim, CA 92808 |
| 15441327 | Chroma Colors, Inc. | 59 Larkspur Street Ste 1 | San Rafael, CA 94901 | |
| 15441360 | D.A. Piper LP (US) | 2000 University Ave | East Palo Alto, CA 94303–2248 | |
| 15441361 | DEMO, Inc. | 772 E. Utah Valley Dr. | American Fork, UT 84003–9773 | |
| 15441329 | DLA Piper (US) | 2000 University Avenue | Palo Alto, CA 94303–2248 | |
| 15441330 | DOMO, Inc. | 772 E Utah Valle Dr. | American Fork, UT 84003–9773 | |
| 15441328 | David Ley | 65 Summit Ave, Apt 1 | Mill Valley, CA 94941 | |
| 15436351 | Equifax Consumer Credit | P.O. Box 740241 Atlanta, GA 30374–0241 | Atlanta, GA 30374–0241 | |
| 15436352 | Experian | P.O. Box 4500 | Allen, TX 75013 | |
| 15436353 | Franchise Tax Board | P.O Box 942867 | Sacramento, CA 94267–0011 | |
| 15441331 | GemShelf, Inc. | 6 Landmark Sq | Stamford, CT 06901 | |
| 15441332 | Grape Valley Landscape | 1850 Madrona Street | Napa, CA 94559 | |
| 15436336 | Greg Theisen | 3990 27th SE | Buffalo, MN 55313 | |
| 15436354 | Greg Theisen | 3990 27th SE | Buffalo, MN 55313 | |
| 15441334 | HubSpot, Inc. | 25 First Street | Cambridge, MA 02141 | |
| 15436355 | Joffrey Hoffmann | 3 Rue Des Iris | 67750 Scherwiller | FRANCE |
| 15436341 | Joffrey Hoffmann | 3 Rue Des Iris 67750 | 67750 Scherwlller | FRANCE |
| 15436356 | John Vos | 1430 Lincoln | San Rafael, CA 94901 | |
| 15436357 | Julie Chuang | 8080 Summitpoint Place | Lewis Center, OH 43035 | |
| 15436338 | Julie Chuang | 8080 Summltpoint Place | Lewis Center, OH 43035 | |
| 15436358 | Mark Nelson and Dana Johnson | c/o Counsel Lester Hardy | 1500 Railroad Avenue | Rodeo, CA 94572 |
| 15436339 | Matthew Johnthan Clonts | 5000 Eaton Street | Los Angeles, CA 90042 | |
| 15436359 | Matthew Johnthan Clonts | 5000 Eaton Street | Los Angeles, CA 90042 | |
| 15436360 | Maxime Chamley | 6 Rue E'Eperney | 67300 Schiltheim | FRANCE |
| 15436343 | Maxime Chamley | 6 Rue E'Eperney | 67300 Schiltheim | FRANCE |
| 15441336 | McCollun General Engineering | P.O. Box 2223 | Yountville, CA 94599 | |
| 15441338 | Meredith Baer Homes | 4100 Ardmore Ave | South Gate, CA 90280 | |
| 15441339 | Michael Christophel | Garden Art Specialists | P.O. Box 6654 | Napa, CA 94581 |
| 15441320 | Napa Third Secured Property Taxes | 1195 Third Street, Ste 108 | Napa, CA 94559 | |
| 15441340 | Napa Valley Petroleum | P.O. Box 2670 | Napa, CA 94558 | |
| 15441341 | Nestler Construction, Inc. | P.O. Box 151 | Lagunitas, CA 94938 | |
| 15441343 | PG and E | Box 997300 | Sacramento, CA 95899–7300 | |
| 15441342 | Paradise Pool | 454 Enterprise Court | Napa, CA 94558 | |
| 15436361 | Portfolio Recovery Associates | 120 Corporate Blvd. | Norfolk, VA 23502 | |
| 15436340 | Private Mortgage Fund LLC | 23586 Calabasas Rd, Ste 100 | Calabasas, CA 91302 | |
| 15436362 | Private Mortgage Fund LLC | 23586 Calabasas Rd, Ste 100 | Calabasas, CA 91302 | |
| 15441344 | ProceWaterhouseCoopers LLP | P.O. Box 514038 | Los Angeles, CA 90051 | |
| 15436363 | Rachel Schreiber | 31 Rue Sainte Octile | 67750 Scherwiller | FRANCE |
| 15436342 | Rachel Schreiber | 31 Rue Sainte Odlle | 67750 Scherwiller | FRANCE |
| 15436364 | Stefan Grafstein | 220 Calle Manuel Domenech #750 | San Juan, PR 00918 | |

| | | | | |
|---|---|---|---|---|
| 15436335 | Stefan Grafstein | 220 Calle Manuel Domenech #750 | San Juan, PR 00918 | |
| 15441347 | SuperString Theory | 174 Stonybrooke Road | Fairfield, CT 06824 | |
| 15436365 | TransUnion Consumer Solutions1 | P.O. Box 2000 | Chester, PA 19016–2000 | |
| 15441349 | USI | 201 Mission Street 11th Fl | San Francisco, CA 94105 | |
| 15436366 | United States Department of Justice, | Western Division | 950 Pennsylvania Avenue NW | Washington, DC 20530–0001 |
| 15441348 | Ursa Minor Arts, Inc. | 548 Martket Street | PMB 78461 | San Francisco, CA 94104 |
| 15441350 | Valley Internet | 4160 Suisun Valley Road E–712 | Fairfield, CA 94534 | |
| 15436337 | Vito Francis Apa | 2075 Arthur Island | Port Severn, Ontario LOK 150 | CANADA |
| 15436367 | Vito Francis Apa | 2075 Arthur Island | Port Severn, Ontario LOK 150 | CANADA |
| 15441322 | aaron Swanson | 150 Redwood Road | Mill Valley, CA 94941 | |

TOTAL: 68