```
Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
Telephone No.:  415-840-4199
Facsimile No.:   415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Timothy W. Hoffman,
Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>IMPACT ENERGY PARTNERS LLC,<br><br>Debtor. | Case No. 22-30476 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Requested] |

**APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKERS**

Timothy W. Hoffman, Chapter 7 Trustee of the estate of the above Debtor, files this application for an order authorizing him to employ Nathan Genovese of RE/MAX Gold and Decker Bullock Dreyfus, Inc., which does business as Golden Gate Sotheby's International Realty ("Sotheby's) to assist him in the marketing and sale of real property.

The proposed employment is sought under 11 U.S.C. § 328(a).

One of the two pieces of real estate owned by the Debtor is the real property commonly known as 432 Lovell Avenue, Mill Valley, California (the "Property"). The other real estate parcel owned by the Debtor in St. Helena, California, is the subject of a notice of abandonment and is not part of the employment proposed in this application.

The Trustee requires the services of a real estate broker to aid him in marketing and selling the Property. He has asked Nathan Genovese of RE/MAX Gold to assist him in marketing and selling the Property. Mr. Genovese has agreed on behalf of RE/MAX Gold to list and market the

Property and to perform necessary related services. The Trustee has worked with Mr. Genevese many times in the past.

Mr. Genovese intends to associate in Cristina Marie ("Dubie") Breen of Sotheby's Greenbrae office to assist in local showings and other matters. The Trustee has worked Ms. Breen and Sotheby's Greenbrae office in the past.

The Trustee has agreed to pay a commission of five percent of the gross sale price. If the buyer has a broker, the commission will be paid as follows: 1.25 percent to RE/MAX Gold, 1.25 percent to Sotheby's International Realty, and 2.5 percent to the buyer's broker (if any).

Payment of any compensation to RE/MAX Gold or Sotheby's is subject to Bankruptcy Court approval on notice to creditors and other parties in interest when the Trustee proposes a sale of the Property for Bankruptcy Court approval.

Based on the Declarations of Nathan Genovese and Cydney Ann Gardner, the Trustee is informed and believes that neither they nor their firms have any connection with the Debtor, creditors, or any other party-in-interest or their respective attorneys or accountants, or the United States Trustee or any person employed by the Office of the United States Trustee, and that none of them represents any interest adverse to the estate.

Mr. Genovese, Ms. Breen, RE/MAX Gold and Sotheby's are aware that they, their firms, or persons connected with their firms are not permitted to represent a buyer in any transaction with the bankruptcy estate.

The Trustee believes that the employment of RE/MAX Gold and Sotheby's in the best interest of the estate and its creditors.

WHEREFORE, the Trustee requests entry of an order authorizing him to employ RE/MAX Gold and Decker Bullock Dreyfus, Inc., dba Golden Gate Sotheby's International Realty for the purposes described above.

DATED: November _____, 2022

By: _____
Timothy W. Hoffman, Chapter 7 Trustee

DATED: November _____, 2022     RINCON LAW, LLP

By: _____
    Charles P. Maher
    Counsel for Timothy W. Hoffman,
    Chapter 7 Trustee