Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Timothy W. Hoffman,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 22-30476 HLB |
|---|---|
| IMPACT ENERGY PARTNERS LLC, | Chapter 7<br>Hon. Hannah L. Blumenstiel |
| Debtor. | [No Hearing Requested] |

### DECLARATION OF NATHAN GENOVESE

I, Nathan Genovese, declare as follows:

1. I am a licensed real estate broker associated with RE/MAX Gold. I have been a licensed real estate broker since 2012. My license number is 01881153. I am experienced in the sale of real property in California and have ten years of experience in sales of real property in bankruptcy cases. My address is 120 Stony Point Road, Suite 240, Santa Rosa, California, 95401.

2. I have been asked by Timothy W. Hoffman, Chapter 7 Trustee of the estate of the above Debtor, to represent him as co-listing broker, in the marketing and sale of real property commonly known as 432 Lovell Avenue, Mill Valley California (the "Property"). The proposed co-listing broker is Decker Bullock Dreyfus, Inc., which does business as Golden Gate Sotheby's International Realty ("Sotheby's").

3. To the best of my knowledge, neither I nor RE/MAX Gold has any connection with the Debtor, creditors or any other party-in-interest or their respective attorneys or accountants, the

United States Trustee, or any person employed in the Office of the United States Trustee. Mr. Hoffman has employed me in other bankruptcy cases.

4. Under the terms of the proposed listing agreement and subject to Court approval in connection with the sale of the Property, a commission of five percent of the selling price shall be paid upon closing, with the commission to be divided as set forth in the next paragraph.

5. I intend to associate in Cristina Marie ("Dubie") Breen of Sotheby's to assist in local showings and other matters. If the buyer is represented by a broker, the buyer's broker will be entitled to 2.5 percent; RE/MAX Gold and I Sotheby's will split the listing commission won an equal basis, with each receiving 1.25 percent.

6. I understand that neither I nor RE/MAX Gold nor any person employed by RE/MAX Gold may represent the buyer in any sale. I also understand that, under 11 U.S.C. § 328(a), the Court may award compensation different from the compensation described in the Trustee's application.

7. Neither I nor RE/MAX Gold intends to share any compensation received in this case with any person or entity except as described above. No promise has been made to me to pay me or RE/MAX Gold any sum as compensation for my services in this matter except as approved by this Court upon application and after notice.

I declare under penalty of perjury that the above statements are true and if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 11 day of November 2022 in Bella Vista, Arkansas.

_____
Nathan Genovese