Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Timothy W. Hoffman,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>IMPACT ENERGY PARTNERS LLC,<br><br>Debtor. | Case No. 22-30476 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Requested] |

## DECLARATION OF CYDNEY ANN GARDNER

I, Cydney Ann Gardner, declare as follows:

1. I am employed by real estate brokerage firm Decker Bullock Dreyfus, Inc., which does business as Golden Gate Sotheby's International Realty ("Sotheby's"). I am Branch/Division Manager of Golden Gate Sotheby's office at 189 Sir Francis Drake Boulevard, Greenbrae, California. I have authority to bind Sotheby's to contracts and listing agreements.

2. Timothy W. Hoffman, the Chapter 7 Trustee of the estate of the above Debtor, has approached Cristina Marie ("Dubie") Breen of Golden Gate Sotheby's Greenbrae office in connection with co-listing the real property commonly known as 432 Lovell Avenue, Mill Valley, California (the "Property") for sale.

3. Golden Gate Sotheby's is licensed as a California real estate broker and is operating under License No. ~~00892727~~ [initialed] 11/11/22  02027353

4. Golden Gate Sotheby's will be co-listing the Property with RE/MAX Gold and will

1

be evenly dividing the listing commission if the Court approves a sale and payment of the commission.

5. On behalf of Golden Gate Sotheby's, I have agreed to a five percent gross commission payable as follows after Court approval: 1.25 percent to Golden Gate Sotheby's, 1.25 percent to RE/MAX Gold, and 2.5 percent to a buyer's broker if the buyer is represented by a broker.

6. I understand that Sotheby's is not permitted to represent a buyer in any transaction with the bankruptcy estate.

7. I have reviewed the Debtor's list of creditors which has been provided to me by counsel for the Trustee. To the best of my knowledge, neither I, nor Ms. Breen, nor Golden Gate Sotheby's, nor any agent or employee of Golden Gate Sotheby's has any connection with the bankruptcy estate, the Debtor, its counsel, creditors, or any other party-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

8. I understand that Golden Gate Sotheby's right to receive compensation is subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees adopted by the Bankruptcy Court for the Northern District of California and that payment of any compensation is subject to prior Court approval. I understand that, under Section 328(a) of the Bankruptcy Code, the Court may ultimately award and allow compensation different from the compensation set forth in the Trustee's application for authority to employ Sotheby's.

9. Golden Gate Sotheby's has no agreement to share its compensation with any other person or entity and there is no agreement to compensate Golden Gate Sotheby's in any way except in connection with a Court-approved sale of the Property or otherwise as approved by the Court on notice to creditors and other parties-in-interest.

I declare under penalty of perjury that the above statements are true and if called as a witness I could and would testify to their truthfulness. This declaration is executed on the __11__ day of November 2022 in Greenbrae, California.

*Sydney Ann Gardner*
Sydney Ann Gardner

2