1  Charles P. Maher, State Bar No. 124748
2  RINCON LAW, LLP
   268 Bush Street, Suite 3335
3  San Francisco, CA  94104
   Telephone No.:  415-840-4199
4  Facsimile No.:   415-680-1712
   Email: cmaher@rinconlawllp.com
5
   Counsel for Timothy W. Hoffman,
6  Chapter 7 Trustee

7

8                  UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  In re                                    Case No. 22-30476 HLB
                                             Chapter 7
12     IMPACT ENERGY PARTNERS LLC,           Hon. Hannah L. Blumenstiel

13            Debtor.                        [No Hearing Requested]

14
                      **CERTIFICATE OF SERVICE**
15

16         I, Charles P. Maher, declare as follows:

17         1.     I am a partner at the law firm Rincon Law LLP, whose mailing address is 268 Bush

18  Street, Suite 3335, San Francisco, California 94104. I am over the age of 18 years and am not a

19  party to the above-entitled action. I am admitted to practice before this Court.

20         2.     On **November 11, 2022**, I caused to be served the following documents:

21      **Application for Order Authorizing Employment of Real Estate Brokers**

22                    **Declaration of Nathan Genovese**

23                 **Declaration of Cydney Ann Gardner**

24
    ☒ **(BY NEF)** Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was
25      effected on persons whom are registered participants of the Court's CM/ECF system and
        received an electronic copy of the document(s) by the Clerk of the Court via Notice of
26      Electronic Filing, as evidenced by the attached Notice of Electronic Filing.

27

28  / / /

1

2    I declare under penalty of perjury that the above statements are true and that if called as a

3    witness I could and would testify to their truthfulness. This certificate is executed on the 11th day of

4    November 2022 in San Francisco, California.

5
                                        /s/Charles P. Maher
6                                        Charles P. Maher

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# File a Motion:

[22-30476 Impact Energy Partners LLC](#) Converted 10/25/2022

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 3 (San Francisco) |
| Assets: y | Judge: HLB | Case Flag: MARIN, CONVERTED |

### U.S. Bankruptcy Court

### California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Charles P. Maher entered on 11/11/2022 at 1:33 PM PST and filed on 11/11/2022

**Case Name:**       Impact Energy Partners LLC
**Case Number:**   [22-30476](#)
**Document Number:** [63](#)

**Docket Text:**
Application to Employ Nathan Genovese of RE/MAX Gold and Cydney Ann Gardner of Decker Bullock Dreyfus, Inc., which does business as Golden Gate Sothebys International Realty as Real Estate Brokers for Trustee Filed by Trustee Timothy W. Hoffman (Attachments: # (1) Declaration of Nathan Genovese # (2) Declaration of Cydney Ann Gardner) (Maher, Charles)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Application to Employ Real Estate Brokers.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/11/2022] [FileNumber=38274328
-0] [5a1ed769ca26bcfac6ad269d433c5d9298f9f1fc1a45ff336c9ba8bde6971b304
098e0e18398977a4872137e98c7bc3d72ef14fb55ac25e0ec8e9f8f4077d8d6]]
**Document description:**Declaration of Nathan Genovese
**Original filename:**C:\fakepath\Dec of Nathan Genovese ISO Application to Employ Real Estate Brokers.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/11/2022] [FileNumber=38274328
-1] [98674fe28af73d443038426e785fb0007d26fba9f235e3eb90235e78c2daa2f14
89043e3289e8b64c4a4015bf8556d58125f9d3c4209dbd0f0ef153129bdbff6]]
**Document description:**Declaration of Cydney Ann Gardner
**Original filename:**C:\fakepath\Dec of Cydney Ann Gardner ISO Application to Employ Real Estate Brokers.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/11/2022] [FileNumber=38274328
-2] [53c51e0b054dc89eed7744da8ca612dd07bbf98d306174c876f56a4f6235a898b
4701c2d9da5ada837e9e2ed72324e88367cc0eaba3b06854db33068d70d6d0a]]

**22-30476 Notice will be electronically mailed to:**

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer - Tax Collector
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Timothy W. Hoffman
twh1761@yahoo.com, ca73@ecfcbis.com

Charles P. Maher on behalf of Trustee Timothy W. Hoffman
cmaher@rinconlawllp.com, aworthing@rinconlawllp.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SF
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Nicholas Strozza on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Nick.Strozza@USDOJ.gov, Dirk.D.Hodges@usdoj.gov

Jennifer Rae Tullius on behalf of Creditor PMF CA REIT, L.L.C.
jtullius@tulliuslaw.com

John A. Vos on behalf of Debtor Impact Energy Partners LLC
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

**22-30476 Notice will not be electronically mailed to:**